# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 18, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160482(81)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JOHN LAWRENCE HARPER,
      Plaintiff-Appellee/
      Cross-Appellant,

v

SC: 160482
COA: 345299
Macomb CC: 2017-000230-NO

ASHGROVE APARTMENTS, ASHGROVE
APARTMENTS OF STERLING
HEIGHTS II, LTD., and ELON PROPERTY
MANAGEMENT, LLC,
      Defendants/Third-Party Plaintiffs-
      Appellants/Cross-Appellees,
and

BBEK CONSTRUCTION, LLC,
      Defendant/Third-Party Defendant-
      Appellees.
_____/

      On order of the Chief Justice, the motion of cross-appellees to extend the time for filing their answer to the cross application for leave to appeal is GRANTED. The answer submitted on December 17, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 18, 2019



Clerk